IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, N.C.
JUL 1 1 2016
U.S. DISTRICT COURT
W. DIST. OF N.C.

| | |
|---|---|
| IN THE MATTER OF A REQUEST FOR ISSUANCE OF AN ARREST WARRANT FOR MATERIAL WITNESS BRANDON G. PEGRAM | Case No. 1:16mj90<br><br>ORDER TO SEAL |

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, for an order directing that the Government's Application for a Material Witness Warrant, the Supporting Affidavit, and any entry on the Court's electronic filing system until further order of this Court. Finding good cause therein,

**IT IS HEREBY ORDERED** that the Government's Application for a Material Witness Warrant, the Supporting Affidavit, and any entry on the Court's electronic filing system in this case be sealed under further order of this Court

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 11th day of July, 2016.

_Dennis C. Howell_
Dennis L. Howell
United States Magistrate Judge