IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF A REQUEST FOR ISSUANCE OF AN ARREST WARRANT FOR MATERIAL WITNESS BRANDON G. PEGRAM | ) ) ) ) ) | Case No. 1:16-mj-90 DLH |

# ORDER

CAME TO BE HEARD the United States Motion to Dismiss the warrant issued for the arrest of Brandon G. Pegram, a material witness in *United States v. Justin Nojan Sullivan*, Cause No. 1:16cr 5 MR (W.D.N.C.) (hereinafter "Motion to Dismiss") and to unseal the pleadings in this matter. Having found good cause stated in the Government Motion to Dismiss, the Court hereby ORDERS that:

1. The warrant to arrest Brandon G. Pegram as a material witness is hereby dismissed.

2. The Court having found that the reasons for sealing the pleadings in this matter no longer exist, the Government's Application and all other pleadings in this matter shall be unsealed.

Signed: April 14, 2017

_____
Dennis L. Howell
United States Magistrate Judge